In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00253-CV**
_____

**STEPHANIE D. BALLENGER AND JEFFERY DAMON WEST, Appellants**

**V.**

**WORLD BUSINESS LENDERS, LLC, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-05-08406**

**MEMORANDUM OPINION**

Stephanie D. Ballenger and Jeffery Damon West filed a notice of accelerated appeal on June 25, 2025. According to information provided by the District Clerk, neither a judgment nor an appealable order has been signed by the trial court. In a notice issued by the Clerk of the Court, we questioned our jurisdiction and directed the parties to identify the statute or rule authorizing an appeal at this time in written replies filed by July 30, 2025. The Clerk's notice warned the parties that the appeal would be dismissed for lack of jurisdiction without further notice unless our

1

jurisdiction over the appeal was established. None of the parties responded to the Clerk's notice. No party requested additional time to obtain a signed appealable order.

Generally, in civil cases appellate courts review only final judgments and interlocutory orders specifically made appealable by statute. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appeal from an interlocutory order may proceed as an accelerated appeal "when allowed by statute[.]" *See* Tex. R. App. P. 28.1. We dismiss the appeal for lack of jurisdiction. *See id*. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 20, 2025
Opinion Delivered August 21, 2025

Before Johnson, Wright and Chambers, JJ.